1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney

2

3    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division

4    STEVEN J. SALTIEL (CSBN 202292)
     Assistant United States Attorney

5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-6996

7    FAX: (415) 436-6748

E-Filing

8    Attorneys for Defendants

9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13    ANDY UNG doing business as HIEP-    )    Case No. C 05-560 PJH
     THANH MARKET,                  )

14                             )    **STIPULATION REQUESTING**
         Plaintiff,           )    **REMOVAL OF CASE FROM**

15                             )    **MEDIATION PROGRAM AND**
     v.                     )    ~~[PROPOSED]~~ **ORDER**

16                             )

17    UNITED STATES OF AMERICA and    )
     UNITED STATES DEPARTMENT OF    )
     AGRICULTURE,                )

18                             )
         Defendants.          )

19                             )

20       IT IS HEREBY STIPULATED and jointly requested, by and between the parties hereto,

21    through their undersigned counsel, that above-captioned action be removed from the Court's

22    Mediation Program. The parties stipulation and joint request is based on the following:

23       1. On May 20, 2005, pursuant a stipulation selecting an ADR process, the Court ordered that

24    this case be referred to Court-sponsored mediation.

25       2. On June 9, 2005, this Court held an initial case management conference. At the

26    conference, the parties jointly requested that the parties be relieved from the referral to mediation

27    because the parties expected the case to be decided on cross motions for summary judgment

28

STIPULATION AND [PROPOSED] ORDER
No. C 05-560 PJH

1   without extensive litigation.  The Court indicated at the conference that it would grant the

2   parties' request.

3       3. On June 24, 2005, the Court's ADR Case Administrator assigned a mediator to the case.

4       4. The parties now jointly seek an order relieving them from the referral to mediation.

5   DATED: July 28, 2005                        Respectfully submitted,

6                                               KEVIN V. RYAN

7                                               United States Attorney

8

9                                               _____/s/_____
                                                STEVEN J. SALTIEL
10                                              Assistant United States Attorney

11
    DATED: July 28, 2005                        LAW OFFICES OF ADAM G. SLOTE
12

13

14                                              _____/s/_____
                                                ADAM G. SLOTE
15                                              Attorney for Plaintiff

16

17                          [PROPOSED] ORDER

18      PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT

19  IS HEREBY ORDERED that the ADR Case Administrator shall remove this case from the

20  mediation program, and the parties shall be relieved from the May 20, 2005 referral to mediation.

21

22  For _____
                HON. PHYLLIS J. HAMILTON
23              United States District Judge
    DATED:
24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER
    No. C 05-560 PJH                        2