KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6996
   FAX: (415) 436-6748

Attorneys for Defendants

ADAM G. SLOTE (CSBN 137465)
Law Offices of Adam G. Slote
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 393-8001
Fax: (415) 393-8001

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDY UNG doing business as HIEP-THANH MARKET, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | Case No. C 05-560 PJH <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** <br> AND ORDER |

   IT IS HEREBY STIPULATED, by and between the parties hereto, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a).

STIPULATION OF VOLUNTARY DISMISSAL
No. C 05-560 PJH

1  IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own costs of
2  suit, and neither party shall request taxation of costs by the Clerk of the Court, or attorneys' fees,
3  pursuant to Fed. R. Civ. P. 54(d).

5  DATED: November 9, 2005

KEVIN V. RYAN
United States Attorney

STEVEN J. SALTIEL
Assistant United States Attorney

12 DATED: November 9, 2005

LAW OFFICES OF ADAM G. SLOTE

ADAM G. SLOTE
Attorney for Plaintiff

18 DATED: November 14, 2005

ANDY UNG
Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY DISMISSAL
No. C 05-560 PJH                           2